# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

M.A.R.S. CLEANING SERVICES, LLC

VERSUS

TERREBONNE PARISH CONSOLIDATED GOVERNMENT

NO.   2019 CW 0963

**DEC 0 6 2019**

---

In Re:   M.A.R.S. Cleaning Services, LLC, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 184236.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.** The trial court's June 11, 2019 judgment denying the motion to dismiss without prejudice filed by relator, M.A.R.S. Cleaning Services, LLC, is reversed. The defendant, Terrebonne Parish Consolidated Government, failed to show that it would be deprived of a substantive right or defense if this matter was dismissed without prejudice. We find the trial court abused its discretion in denying relator's motion. Therefore, M.A.R.S. Cleaning Services, LLC's motion to dismiss without prejudice is granted, and its claims against Terrebonne Parish Consolidated Government are dismissed without prejudice.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT